**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 280 MAL 2019
                                     :

                Respondent           :

                                     :   Petition for Allowance of Appeal from

                                     :   the Order of the Superior Court

               v.                        :

                                     :

BRADLEY DANE HACKENBERGER,     :

                                     :

               Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 18th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.